UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:15 CR 335 CDP-2 |
| ) | |
| JOE EDGER, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

Defendant Joe Edger asks that I issue a preliminary injunction enjoining LexisNexis from maintaining unsealed copies of opinions entered in this case on its computer-assisted legal research platform that is available in the Federal Bureau of Prisons' law libraries. LexisNexis is not a party to this case. Nor is it in active concert or participation with any party in this closed criminal case. In such circumstances, I will deny the requested injunction. *Cf.* Fed. R. Civ. P. 65(d)(2); *Piel v. Coonrod*, No. 6:17-03027-CV-RK, 2017 WL 6397493, at *1 (W.D. Mo. Dec. 14, 2017).

Accordingly,

**IT IS HEREBY ORDERED** that movant Joe Edger's Motion for Injunctive Relief [302] is **DENIED**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 18th day of October, 2024.